182 So. 924

### Raymond DARBY v. STATE.
#### 8 Div. 616.

Court of Appeals of Alabama.
May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

176 So. 921

### Will DARLING v. STATE.
#### 2 Div. 627.

Court of Appeals of Alabama.
Nov. 2, 1937.

SAMFORD, Judge.
Affirmed.

181 So. 919

### Alf DAVIS v. Mabry McCUTCHEON.
#### 8 Div. 674.

Court of Appeals of Alabama.
May 19, 1938.

PER CURIAM.
Appeal dismissed for want of prosecution.

181 So. 919

### Charlie DAVIS v. STATE.
#### 8 Div. 694.

Court of Appeals of Alabama.
May 24, 1938.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

189 So. 919

### James DAVIS v. STATE.
#### 6 Div. 460.

Court of Appeals of Alabama.
May 2, 1939.

Cora R. Thompson, of Birmingham, for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

184 So. 912

### Madison DAVIS v. STATE.
#### 5 Div. 63.

Court of Appeals of Alabama.
Nov. 1, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

177 So. 918

### Paul DAVIS v. STATE.
#### 6 Div. 193.

Court of Appeals of Alabama.
Dec. 14, 1937.

BRICKEN, Presiding Judge.
Affirmed.